# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ANGELA PARATO,** | : : : |
| **Plaintiffs,** | : : |
| v. | Civil Action No. 5:07-CV-76(HL) : : |
| **UNADILLA HEALTH CARE CENTER, INC., et al.,** | : : : |
| **Defendants.** | : : |

## ORDER

By order entered November 18, 2008, the Court directed that the complaint filed in this case be unsealed and served upon the defendants by the Relator, Angela Parato. No evidence of service on any defendant appears in the record. Relator is hereby directed to advise the Court of the status of her efforts to serve the defendants by no later than July 24, 2009.

**SO ORDERED**, this the 14th day of July, 2009.

 S/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh