**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. ANGELA PARATO,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) CIVIL ACTION NO. 5:07-CV-76 (MTT)<br>) |
| **UNADILLA HEALTH CARE CENTER, INC.,** | )<br>)<br>) |
| **Defendant.** | )<br>) |

## ORDER

This matter is on the Court's jury trial calendar commencing July 18, 2011. However, the Parties have advised the Court that they have reached a settlement. Accordingly, the case is removed from the calendar and an appropriate stipulation of dismissal will be filed within thirty days of this Order, pending consent from the United States of America.

SO ORDERED, this 8th day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT